BLAKE G. HALL, ESQ.
SAM L. ANGELL, ESQ.
HALL ANGELL & ASSOCIATES, LLP
1075 S Utah Avenue, Suite 150
Idaho Falls, Idaho 83402
Telephone (208) 522-3003
Fax (208) 621-3008
*ISB Nos. 2434 & 7012*
bgh@hasattorneys.com
sla@hasattorneys.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRAVIS WILLIAMS and AMANDA WILLIAMS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>MADISON COUNTY, IDAHO and the MADISON COUNTY SHERIFF'S DEPARTMENT, a political subdivision of Madison County, Idaho,<br><br>Defendants. | Case No. 4:12-cv-00561-DCN<br><br>**STIPULATION FOR DISMISSAL** |

COME NOW the parties, by and through counsel of record, and hereby stipulate and agree that the above-referenced matter should be dismissed with prejudice, with each party to bear its own costs and attorney fees.

DATED this 5th day of September, 2019.

_____
BLAKE G. HALL

STIPULATION FOR DISMISSAL - 1

DATED this 5th day of ~~August~~ September, 2019.

                                                DEANNE CASPERSON

STIPULATION FOR DISMISSAL - 2